UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LYNAS D. TALLEY<br>xxx xx 2436<br><br>　　　　Plaintiff<br><br>vs.<br><br>MICHAEL J. ASTRUE, Commissioner<br>of Social Security<br><br>　　　　Defendant | )<br>)<br>)<br>)<br>)<br>) No. 07 cv 5751<br>) Magistrate Judge Arlander Keys<br>)<br>)<br>)<br>) |

**PLAINTIFF'S COUNSEL'S MOTION FOR JUDGMENT**

NOW COMES Ashley S. Rose, counsel for plaintiff, and moves this Court for judgment as to counsel's "Motion for Authorization of Attorney Fees Pursuant to 42 U.S.C. § 406(b)," and states as follows:

1. Counsel filed a "Motion for Authorization of Attorney Fees Pursuant to 42 U.S.C. § 406(b)," on 7.6.2010 (Pacer #33). Defendant was granted leave to respond to the motion by 8.3.2010.

2. On 8.3.2010 defendant filed a response that stated, in pertinent part: "Defendant...Michael J. Astrue, by his undersigned attorneys, states that he has no objection to Counsel's Motion For Authorization Of Attorney Fees Pursuant to 42 U.S.C. § 406(b)." (Pacer #40).

3. Counsel's Motion requested the net sum of $7,347.75 payable to him and the balance of the plaintiff's account (the lesser of the EAJA fee –$6,000.00–to be paid to Mr. Talley. It appears that nothing further must be done in this case except for the entry of an order.

WHEREFORE, counsel prays this Court to enter an order directing the Social Security

Administration to disburse the sum of $7,347.75 directly to counsel and the sum of $6,000.00 directly to plaintiff, Mr. Lynas Talley, pursuant to 42 U.S.C. § 406(b).

*/s/ Ashley S. Rose, Counsel for Plaintiff*

Ashley S. Rose, Attorney at Law

LAW OFFICE OF ASHLEY S. ROSE
799 Roosevelt Rd., Building 6, Suite 104
Glen Ellyn, IL.  60137
630/790-9066